UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES V. FARNSWORTH,<br><br>                      Plaintiff,<br><br>   v.<br><br>TEDDI ARMSTRONG, *et al*.,<br><br>                      Defendants. | Case No. C20-5007-MJP-MLP<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Michelle L. Peterson, United States Magistrate Judge:

On June 29, 2020, Plaintiff submitted to the Court for consideration a motion for appointment of counsel, together with a motion to seal exhibits submitted in support of that motion. (Dkt. ## 24, 22.) Defendants opposed both motions. (Dkt. ## 29, 30.) Plaintiff thereafter filed a motion asking that he be permitted to file declarations in support of his motion for appointment of counsel. (Dkt. # 39.) Defendants opposed that motion as well. (Dkt. # 43.) These three motions were noted on the Court's calendar for consideration on September 25, 2020. (*See* Dkt. ## 39, 41.)

MINUTE ORDER - 1

On October 26, 2020, Plaintiff filed a second motion for appointment of counsel which is substantially similar to his first such motion, though it includes as exhibits the declarations he moved to include in his original motion as well as some new documents. (Dkt. # 47.) Plaintiff also filed a motion to seal the same records he sought to seal in conjunction with his original motion for appointment of counsel. (Dkt. # 49.) These two motions are noted on the Court's calendar for consideration on November 20, 2020. (*See id*.) Because it appears that Plaintiff's most recent motion for appointment of counsel is intended to supersede his original motion, Plaintiff's original motion for appointment of counsel (dkt. # 22), and his related motions to seal and to file declarations (dkt. ## 24, 39) are STRICKEN from the Court's calendar. The Court will consider Plaintiff's new motions for appointment of counsel and to seal exhibits on the designated noting date.

DATED this 2nd day of November, 2020.

WILLIAM McCOOL, Clerk

By s/Paula McNabb
Deputy Clerk

MINUTE ORDER - 2