UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES V. FARNSWORTH,

           Plaintiff,

  v.

TEDDI ARMSTRONG, *et al.*,

           Defendants.

Case No. C20-5007-MJP-MLP

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESEPOND TO DEFENDANTS' SUMMARY JUDGMENT MOTION

      This is a civil rights action brought under 42 U.S.C. § 1983. This matter comes before the Court at the present time on Plaintiff Charles Farnsworth's motion for an extension of time to file a response to Defendants' pending summary judgment motion. (Dkt. # 94.) Plaintiff cites to limitations on law library access and to his own cognitive decline as reasons justifying the requested extension. (*Id*. at 2.) Defendants have not opposed the requested extension, and the Court deems Plaintiff's request reasonable.

      Accordingly, the Court ORDERS as follows:

      (1)    Plaintiff's motion for an extension of time to file a response to Defendants' motion for summary judgment (dkt. # 94) is GRANTED. Plaintiff is directed to file his response not later than ***Monday, December 13, 2021***.

ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION OF TIME - 1

(2) Defendants' motion for summary judgment (dkt. # 89) is RENOTED on the Court's calendar for consideration on **Friday, December 17, 2021**.

(3) The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Honorable Marsha J. Pechman.

Dated this 19th day of November, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION OF TIME - 2