UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES V. FARNSWORTH,<br><br>Plaintiff,<br><br>v.<br><br>TEDDI ARMSTRONG; JACKIE BRANNAN; BRUCE GAGE; WASHINGTON STATE DEPARTMENT OF CORRECTIONS; FIVE UNKNOWN HEALTH CARE PROVIDERS,<br><br>Defendants. | CASE NO. 20-5007 MLP MJP<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME |

This matter is before the Court on Plaintiff's motion for an extension of time to file objections to the Report and Recommendation by the Honorable Michelle L. Peterson, United States Magistrate Judge. (Dkt. No. 103.) Plaintiff is incarcerated and asks for more time to file objections because (1) he has limited access to a law library and often has to wait one or two weeks after requesting access; (2) he suffers from a traumatic brain injury, which makes it difficult to process information; and (3) an injury to his writing arm makes it difficult to write. (Id. at 2.) He asks the Court to extend his time to file objections to May 21, 2022.

ORDER GRANTING MOTION FOR EXTENSION OF TIME - 1

The Court GRANTS the motion. This is Plaintiff's first request for an extension of time to file objections and it is not opposed. Taking note that May 21st is a Saturday, Plaintiff shall file his objections, if any, on or before May 24, 2022. The Report and Recommendation is re-noted for consideration on that date.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated April 13, 2022.

Marsha J. Pechman
United States Senior District Judge