1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
9                            AT SEATTLE

10   CHARLES V. FARNSWORTH,                CASE NO. 20-5007 MLP MJP

11                      Plaintiff,          ORDER GRANTING SECOND
                                            MOTION FOR EXTENSION OF
12          v.                              TIME

13   TEDDI ARMSTRONG; JACKIE
     BRANNAN; BRUCE GAGE;
14   WASHINGTON STATE
     DEPARTMENT OF CORRECTIONS;
15   FIVE UNKNOWN HEALTH CARE
     PROVIDERS,
16
                       Defendants.
17

18          This matter is before the Court on Plaintiff's motion for an extension of time to file

19   objections to the Report and Recommendation by the Honorable Michelle L. Peterson, United

20   States Magistrate Judge. (Dkt. No. 107.) Plaintiff is incarcerated and asks for more time to file

21   objections because a quarantine in place due to a COVID-19 outbreak at Stafford Creek has cut

22   off his access to the law library. (Id. at 1-2.) He asks the Court to extend his time to file

23   objections to June 27, 2022.

24

1       The Court GRANTS the motion. The Court notes that this is Plaintiff's second request

2   for an extension of time to file objections and that further requests are unlikely to be granted.

3   Plaintiff shall file his objections, if any, on or before June 27, 2022. The Report and

4   Recommendation is re-noted for consideration on that date.

5       The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

6       Dated May 17, 2022.

7

8                                                    Marsha J. Pechman
                                                     United States Senior District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME - 2