UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES V. FARNSWORTH,<br><br>Plaintiff,<br><br>v.<br><br>TEDDI ARMSTRONG; JACKIE BRANNAN; BRUCE GAGE; WASHINGTON STATE DEPARTMENT OF CORRECTIONS; FIVE UNKNOWN HEALTH CARE PROVIDERS,<br><br>Defendants. | CASE NO. 20-5007 MLP-MJP<br><br>ORDER GRANTING THIRD MOTION FOR EXTENSION OF TIME |

This matter is before the Court on Plaintiff's motion for an extension of time to file objections to the Report and Recommendation by the Honorable Michelle L. Peterson, United States Magistrate Judge. (Dkt. No. 109.) Plaintiff is incarcerated and asks for more time to file objections because a quarantine in place due to a COVID-19 outbreak at Stafford Creek has cut off his access to the law library. (Id. at 1-2.) He asks the Court to extend his time to file objections to August 27, 2022.

ORDER GRANTING THIRD MOTION FOR EXTENSION OF TIME - 1

1    The Court GRANTS the motion. Plaintiff shall file his objections, if any, on or before
2    August 27, 2022. The Report and Recommendation is re-noted for consideration on that date.

4    The clerk is ordered to provide copies of this order to all counsel.

5    Dated June 24, 2022.

Marsha J. Pechman
United States Senior District Judge